UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA and
THE STATE OF FLORIDA
*ex rel.*
JONATHON WHITMORE,
                              Plaintiffs,
v.                                                                 Case No. 5:19-CV-241-MMH-PRL

COURTESY TRANSPORT SERVICES, LLC,
TOM BURGER, MELANIE BURGER, and,
JOHN MILANICK

      Defendants.

### ORDER

THIS CAUSE came before the Court on the United States' Notice of Election to Intervene for Purposes of Settlement under the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4). The Court has considered the record and is otherwise fully advised in the premises:

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1.    The seal shall be lifted upon the Relator's Complaint, the Court's Orders, the United States' Notice of Election to Intervene for Purposes of Settlement,

this Order, and any subsequent filings in this action. All other contents of the Court's file in this action shall remain under seal and not be made public.

2. The seal shall be lifted on all other matters occurring in this action after the date of this Order.

DONE AND ORDERED in Ocala, FL, this 20th day of June, 2025.

PHILIP R. LAMMENS
United States Magistrate Judge

cc: Carolyn B. Tapie
Assistant U.S. Attorney
United States Attorney's Office
Middle District of Florida
400 North Tampa Street, Suite 3200
Tampa, FL 33602

C. Ian Garland
Deputy Director – Civil Enforcement
Medicaid Fraud Control Unit
Florida Office of the Attorney General
PL-01 The Capitol
Tallahassee, FL 32399

Ronald P. Gossett
Gossett & Gossett, P.A.
3800 SW 56th Street
Fort Lauderdale, FL 33312

James F. Barger, Jr.
J. Elliott Walthall
Benjamin P. Bucy
Frohsin Barger & Walthall
100 Main Street
Saint Simons Island, GA 3152

2